State v. Osby

STATE OF NORTH CAROLINA v. ERVIN O'NEAL OSBY

No. 7227SC519

(Filed 12 July 1972)

Criminal Law § 161— judgment entered on plea of guilty — assignment of error to entry of judgment

Where the indictment properly charges the offense, defendant pleads guilty, the trial court inquires into the voluntariness of the plea and finds it in fact voluntary and the sentence imposed is within the statutory limits, defendant's assignment of error as to the entry of judgment is without merit.

ON *certiorari* to review judgment entered by *Thornburg, Judge,* at the 1 November 1971 Session of GASTON Superior Court.

Defendant was charged in an indictment with the felony of armed robbery. At the trial he entered a plea of guilty. Judgment was entered imposing a prison sentence.

We granted certiorari to review this trial.

*Attorney General Robert Morgan by Assistant Attorney General William F. O'Connell for the State.*

*Daniel J. Walton for defendant appellant.*

State v. McSwain

CAMPBELL, Judge.

Defendant's sole assignment of error is to the entry of judgment. Defendant does not present any argument, but merely submits this case for our review.

The indictment in this case properly charged the offense. The defendant entered a plea of guilty. The trial court inquired fully into the voluntariness of the plea and adjudged that it was in fact voluntary. This adjudication appears in the original record but was not reproduced in the printed record. The sentence imposed was within statutory limits.

After a careful examination of this record, we find,

No error.

Chief Judge MALLARD and Judge BRITT concur.